IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACKIE GILBERT CROSS, JR. | ) |
| | ) |
| v. | ) NO. 3-12-1109 |
| | ) JUDGE CAMPBELL |
| METROPOLITAN GOVERNMENT | ) |
| OF NASHVILLE/DAVIDSON | ) |
| COUNTY, et al. | ) |

ORDER

The parties have filed a document entitled "Notice of Filing Agreed Order" (Docket No. 13). In light of this agreement, Plaintiff shall have until January 11, 2013, to file his Responses to Defendants' Motion to Dismiss and Defendants' Motion to Stay Discovery. Defendants shall file any Replies by January 30, 2013.

The Motion to Stay Discovery (Docket No. 9) is referred to the Magistrate Judge for a Report and Recommendation.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE