IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACKIE GILBERT CROSS, JR. | ) |
| | ) |
| v. | ) NO. 3-12-1109 |
| | ) JUDGE CAMPBELL |
| METROPOLITAN GOVERNMENT | ) |
| OF NASHVILLE/DAVIDSON | ) |
| COUNTY, et al. | ) |

ORDER

Pending before the Court are two Motions to Dismiss (Docket Nos. 7 and 19) filed by Defendants. Since the filing of the first Motion to Dismiss (Docket No. 7), Plaintiff has filed an Amended Complaint (Docket No. 17). Therefore, Defendants' first Motion to Dismiss (Docket No. 7) is denied as moot.

In accordance with the Initial Case Management Order (Docket No. 14), Plaintiff shall respond to Defendants' Motion to Dismiss Amended Complaint (Docket No. 19) by February 7, 2013. Any Reply shall be filed by February 19, 2013.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE