IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACKIE GILBERT CROSS, JR. | ) |
| | ) |
| v. | ) NO. 3-12-1109 |
| | ) JUDGE CAMPBELL |
| METROPOLITAN GOVERNMENT | ) |
| OF NASHVILLE/DAVIDSON | ) |
| COUNTY, et al. | ) |

ORDER

Pending before the Court is Defendants' Motion to Dismiss Amended Complaint (Docket No. 19). On February 26, 2013, the Magistrate Judge allowed Plaintiff to file a Second Amended Complaint (Docket Nos. 31 and 32). Accordingly, Defendants' Motion to Dismiss Amended Complaint (Docket No. 19) is denied as moot.

IT IS SO ORDERED.

```
                                        _____
                                        TODD J. CAMPBELL
                                        UNITED STATES DISTRICT JUDGE
```