IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACKIE GILBERT CROSS, JR., ) | |
| ) | |
| Plaintiff, ) | No. 3:12-cv-1109 |
| ) | JUDGE CAMPBELL |
| v. ) | MAGISTRATE JUDGE KNOWLES |
| ) | |
| THE METROPOLITAN GOVERNMENT OF ) | JURY DEMAND |
| NASHVILLE AND DAVIDSON COUNTY, and, ) | |
| in their individual capacities, STEVE ) | |
| ANDERSON, WILLIAM LOUCKS, T. GENE ) | |
| DONEGAN, and JOHN and/or JANE DOES, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER AMENDING CASE MANAGEMENT ORDER AND CONTINUING TRIAL DATE

By agreement of the parties, as evidenced by the signatures of counsel below, the Initial Case Management Order (Doc. 14) is amended as follows:

10. Discovery.

(a) Initial Disclosures: All parties shall provide Initial Disclosures by April 15, 2013, which shall be in accordance with Fed. R. Civ. P. 26(a)(1).

(b) Written Discovery: Written Discovery shall be completed by July 31, 2013.

(c) Depositions: Depositions of fact witnesses, including parties, shall be completed by November 15, 2013. Depositions of Experts shall be completed by March 21, 2014.

(d) Duty of Disclosure: The parties shall disclose the identity of any witnesses and make other disclosures pursuant to Fed. R. Civ. P. 26 with the exception of expert witnesses. Plaintiff shall disclose the identity and other information regarding his expert witnesses, in accordance with Fed. R. Civ. P. 26 (a)(2) by December 16, 2013. The Defendants shall disclose

the identity and other information regarding their expert witnesses, in accordance with Fed. R. Civ. P. 26 (a)(2) by January 30, 2014.

(j) Discovery Motions: The deadline for filing discovery related motions regarding fact discovery is December 30, 2013.

13. <u>Dispositive Motions</u>. All dispositive motions are to be filed with this Court by April 21, 2014. Responses shall be filed on or before 30 days after the filing of the motion. Optional replies are due on or before 10 days after the filing of the response.

15. <u>Estimated Trial Time</u>. The parties expect the trial to last approximately three to four days. The target trial date (jury trial) is September 9, 2014.

16. <u>Trial Date</u>: The undersigned recommends the current trial date of April 29, 2014, and other Pretrial Filing Deadlines established by Court Order (Doc. 15) shall be continued and the trial and Pretrial Filing Deadlines shall be re-set in accordance with further Orders of the Court.

Any deadlines not addressed herein remain in place and are unchanged by this Order.

IT IS SO ORDERED.

_____
MAGISTRATE JUDGE KNOWLES

APPROVED FOR ENTRY:

/s/ John R. Miles
John R. Miles (#013346)
Attorney at Law
329 Union Street
Nashville, Tennessee 37201
Tel.: 615- 242-2525
Fax: 615-259-2597
E-mail: randy@jrmiles.com