IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JACKIE GILBERT CROSS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:12-cv-1109 |
| | ) | Judge Campbell |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| THE METROPOLITAN GOVERNMENT OF | ) | JURY DEMAND |
| NASHVILLE AND DAVIDSON COUNTY, and, | ) | |
| in their individual capacities, STEVE | ) | |
| ANDERSON, WILLIAM LOUCKS, T. GENE | ) | |
| DONEGAN, and JOHN and/or JANE DOES, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF VOLUNTARY DISMISSAL: ANDERSON

WHEREAS Plaintiff Cross has elected, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to voluntarily dismiss, without prejudice, his claims against Defendant Steve Anderson;

The claims against Defendant Steve Anderson shall be voluntarily dismissed without prejudice.

IT IS SO ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

/s/ John R. Miles
John R. Miles (#013346)
Attorney at Law
329 Union Street
Nashville, Tennessee 37201
Tel.: 615- 242-2525
Fax: 615-259-2597
E-mail: randy@jrmiles.com


/s/ Martha Zendlovitz Emeson
Martha Zendlovitz Emeson (#012859)
Attorney at Law
P.O. Box 120376
Nashville, Tennessee 37212
Tel.: 615- 403-3205
Fax: 615-369-8653
E-mail: martha@zendylaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that service of a copy of the foregoing was made upon Saul Solomon, Allison L. Bussell, Christopher M. Lackey and R. Alex Dickerson, THE DEPARTMENT OF LAW OF THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, P.O. Box 196300, Nashville, TN 37219, Attorneys for Defendants, through the Electronic Filing System on this the 24th day of April, 2013.

/s/ Martha Zendlovitz Emeson
Martha Zendlovitz Emeson