IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JACKIE GILBERT CROSS, JR.           )
                                    )
v.                                  ) NO. 3-12-1109
                                    ) JUDGE CAMPBELL
METROPOLITAN GOVERNMENT             )
OF NASHVILLE/DAVIDSON               )
COUNTY, et al.                      )

ORDER

Pending before the Court are two Reports and Recommendations of the Magistrate Judge

(Docket Nos. 48 and 49), to which no Objections have been filed. The Court has reviewed the

Reports and Recommendations and the file.

The first Report and Recommendation (Docket No. 48) is adopted and approved.

Accordingly, the Motion to Stay Discovery (Docket No. 9) is denied as moot. The portion of that

Motion which concerned Defendant Anderson, as to which the Magistrate Judge reserved ruling,

is also moot, given the dismissal of Defendant Anderson from this case.

The second Report and Recommendation (Docket No. 49) is moot, given the dismissal of

Defendant Anderson from this case. The Motion to Renew Motion to Stay Discovery (Docket No.

38) is denied as moot.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE