IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACKIE GILBERT CROSS, JR. | ) |
| | ) |
| v. | ) NO. 3-12-1109 |
| | ) JUDGE CAMPBELL |
| METROPOLITAN GOVERNMENT | ) |
| OF NASHVILLE/DAVIDSON | ) |
| COUNTY, et al. | ) |

ORDER

Pending before the Court is Defendants' Partial Motion to Dismiss Second Amended Complaint (Docket No. 34). For the reasons stated in the accompanying Memorandum, Defendants' Motion is GRANTED in part and DENIED in part. Plaintiff's claims against Defendant Metro, Plaintiff's claims for deprivation of his liberty interest in his reputation, Plaintiff's substantive due process claims, and Plaintiff's defamation claims are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE