IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JACKIE GILBERT CROSS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:12-cv-1109 |
| | ) | JUDGE CAMPBELL |
| v. | ) | MAGISTRATE JUDGE KNOWLES |
| | ) | |
| THE METROPOLITAN GOVERNMENT OF | ) | JURY DEMAND |
| NASHVILLE AND DAVIDSON COUNTY, and, | ) | |
| in their individual capacities, STEVE | ) | |
| ANDERSON, WILLIAM LOUCKS, T. GENE | ) | |
| DONEGAN, and JOHN and/or JANE DOES, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER AMENDING AMENDED CASE MANAGEMENT ORDER

By agreement of the parties, as evidenced by the signatures of counsel below, the Initial Case Management Order (Doc. 14), as amended in the Agreed Order Amending Case Management order (Doc. 47), is amended as follows:

10. <u>Discovery</u>.

(a) Depositions: Depositions of fact witnesses, including parties, shall be completed by January 15, 2014. Depositions of Experts shall be completed by May 15, 2014.

(d) Duty of Disclosure: The parties shall disclose the identity of any witnesses and make other disclosures pursuant to Fed. R. Civ. P. 26 with the exception of expert witnesses. Plaintiff shall disclose the identity and other information regarding his expert witnesses, in accordance with Fed. R. Civ. P. 26 (a)(2) by February 17, 2014. The Defendants shall disclose the identity and other information regarding their expert witnesses, in accordance with Fed. R. Civ. P. 26 (a)(2) by March 31, 2014.

(j) Discovery Motions: The deadline for filing discovery related motions regarding fact discovery is February 3, 2014.

13. <u>Dispositive Motions</u>. All dispositive motions are to be filed with this Court by June 11, 2014. Responses shall be filed by July 11, 2014. Optional replies shall be filed by July 21, 2014.

Any deadlines not addressed herein remain in place and are unchanged by this Order.

IT IS SO ORDERED.

_____
MAGISTRATE JUDGE KNOWLES

APPROVED FOR ENTRY:

/s/ John R. Miles
John R. Miles (#013346)
Attorney at Law
329 Union Street
Nashville, Tennessee 37201
Tel.: 615- 242-2525
Fax: 615-259-2597
E-mail: randy@jrmiles.com


/s/ Martha Zendlovitz Emeson
Martha Zendlovitz Emeson (#012859)
Attorney at Law
P.O. Box 120376
Nashville, Tennessee 37212
Tel.: 615- 403-3205
Fax: 615-369-8653
E-mail: martha@zendylaw.com

ATTORNEYS FOR PLAINTIFF

/s/ Allison L. Bussell
Allison L. Bussell (#023538)
James E. Robinson (#24680)
R. Alex Dickerson (#27184)
Assistant Metropolitan Attorneys
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219
Tel.: 615- 862-6341
E-mail:
Allison.Bussell@nashville.gov
James.Robinson@nashville.gov
Alex.Dickerson@nashville.gov

ATTORNEYS FOR DEFENDANTS