IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JACKIE GILBERT CROSS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:12-cv-1109 |
| | ) | Judge Campbell |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| THE METROPOLITAN GOVERNMENT OF | ) | JURY DEMAND |
| NASHVILLE AND DAVIDSON COUNTY, and, | ) | |
| in their individual capacities, OSCAR | ) | |
| PACHECO, WILLIAM LOUCKS, T.GENE | ) | |
| DONEGAN, and JOHN and/or JANE DOES, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AMENDING CASE MANAGEMENT ORDER
AND CONTINUING TRIAL DATE**

Upon motion by Plaintiff and for good cause shown, the Agreed Order Amending Amended Case Management Order (Doc. 66) is amended as follows:

10. Discovery.

(c) Depositions: Depositions of fact witnesses, including parties, shall be completed by March 17, 2014. Depositions of Experts shall be completed by July 16, 2014.

(d) Duty of Disclosure: The parties shall disclose the identity of any witnesses and make other disclosures pursuant to Fed. R. Civ. P. 26 with the exception of expert witnesses. Plaintiff shall disclose the identity and other information regarding his expert witnesses, in accordance with Fed. R. Civ. P. 26 (a)(2) by April 16, 2014. The Defendants shall disclose the identity and other information regarding their expert witnesses, in accordance with Fed. R. Civ. P. 26 (a)(2) by May 30, 2014.

(j) Discovery Motions: The deadline for filing discovery related motions regarding fact discovery is April 4, 2014.

13. <u>Dispositive Motions</u>.  All dispositive motions are to be filed with this Court by August 29, 2014.  Responses shall be filed by September 29, 2014.  Optional replies shall be filed by October 6, 2014.

16. <u>Trial Date</u>.  The undersigned recommends the current trial date of October 21, 2014, and other Pretrial Filing Deadlines established by Court Order (Doc. 58) shall be continued and the trial and Pretrial Filing Deadlines shall be re-set in accordance with further Orders of the Court.  The Court is advised that the parties are available for trial between January 27, 2015, and February 13, 2015 [due to other trial obligations of counsel, the parties are not available for trial earlier in January 2015 or in March 2015]. The Target Jury Trial date is February 3, 2015.

Any deadlines not addressed herein remain in place and are unchanged by this Order.

IT IS SO ORDERED.

_____
MAGISTRATE JUDGE KNOWLES

APPROVED FOR ENTRY:

/s/ John R. Miles
John R. Miles (#013346)
Attorney at Law
329 Union Street
Nashville, Tennessee 37201
Tel.: 615- 242-2525
Fax: 615-259-2597
E-mail: randy@jrmiles.com

/s/ Martha Zendlovitz Emeson
Martha Zendlovitz Emeson (#012859)
Attorney at Law
P.O. Box 120376
Nashville, Tennessee 37212
Tel.: 615- 403-3205
Fax: 615-369-8653
E-mail: martha@zendylaw.com

ATTORNEYS FOR PLAINTIFF