ORDER:
Motion granted.

*[signature]* E. Clifton Knowles

U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| JACKIE GILBERT CROSS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:12-cv-1109 |
| v. | ) | |
| | ) | Judge Campbell |
| THE METROPOLITAN | ) | Magistrate Judge Knowles |
| GOVERNMENT OF NASHVILLE | ) | |
| AND DAVIDSON COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
DEFENDANTS' MOTION TO STRIKE ERRATA SHEETS OF PLAINTIFF
JACKIE CROSS**

Defendants Detective William Loucks and Sergeant Gene Donegan
("Defendants") respectfully seek leave to file the attached reply brief in further support
of their motion to strike errata sheets. Defendants contend that the proposed reply will
further aid the Court in addressing the issues raised in their motion and in Plaintiff's
response.

Respectfully Submitted,
THE DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
SAUL SOLOMON, # 11689
DIRECTOR OF LAW

/s/ R. Alex Dickerson
Allison L. Bussell, # 23538
James E. Robinson, #24680
R. Alex Dickerson, # 27184
ASSISTANT METROPOLITAN ATTORNEYS
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341

1